

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00072-CV
_____


IN RE D.M.


Original Mandamus Proceeding


Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

D.M.,[1] proceeding pro se, has petitioned this Court for mandamus relief. D.M. argues that the Franklin County district clerk refused to file an appeal challenging D.M.'s requirements to register as a sex offender based on his attorney misleading him "to plea[d] guilty to registration as a sex offender."[2]

This Court has limited mandamus jurisdiction. We may issue a writ of mandamus only against a judge of a district or county court in the Texas court of appeals district. TEX. GOV'T CODE ANN. § 22.221(c) (Supp.). That jurisdiction does not extend to other parties, such as district attorneys or district clerks, unless such mandamus relief would be necessary to enforce our jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a) (Supp.); *see In re Shugart*, 528 S.W.3d 794, 796 (Tex. App.—Texarkana 2017, orig. proceeding). D.M. seeks a writ of mandamus against a district clerk, but we lack mandamus jurisdiction over the Franklin County district clerk. We find no present circumstance that would make a writ of mandamus issued against the clerk necessary to enforce our jurisdiction. Lacking jurisdiction, we dismiss D.M.'s petition for a writ of mandamus.

Charles van Cleef
Justice

Date Submitted: November 5, 2024
Date Decided: November 6, 2024

---

[1]D.M. included documents in his petition stating that he is seventeen years old. Out of an abundance of caution, this court will use his initials. *See* TEX. R. APP. P. 9.10.

[2]D.M. does not raise any issues complaining of an action or inaction by the trial court.